**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| **Matthew Thomas Pope,** | | |
| **Jami R. Small-Pope,** | : | Case No. 16-55800 |
| | | Chapter 13 |
| Debtors. | : | Judge Caldwell |

## NOTICE OF SUBMISSION OF AMENDED SCHEDULES A/B, C, I & J

Now come Debtors, Matthew Pope and Jami Small-Pope, by and through counsel, and submit the attached Amended Schedule A/B to disclose a vehicle inadvertently omitted from the original case filing; Amended Schedule C to claim the appropriate exemptions thereon; and Amended Schedules I & J to reflect changes in Debtors' income and living expenses.

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Ohio 43701
Telephone: (740) 452-8439
Facsimile: (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Submission of Amended Schedules I & J** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on **February 9, 2017** addressed to:

Matthew Pope and Jami Small-Pope
601 Pittsburgh Ave Ste E
Mt Vernon OH 43050

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew | Thomas | Pope |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jami | R. | Small-Pope |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number  2:16-bk-55800

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

9626 Killduff Rd
Street address, if available, or other description

Gambier    OH    43022-0000
City        State    ZIP Code

Knox
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Subject to:
  1st mtg - First-Knox Natl Bank ($400,000)
  2nd mtg - First-Knox Natl Bank ($78,500)
  Sales Tax Liens - Oh Dept of Taxation ($105,000)
All rights associated with the real property are retained.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $351,000.00

**Current value of the portion you own?**  $351,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Mortgagor / Owner in fee simple

☐ **Check if this is community property** (see instructions)

| Debtor 1 | Matthew Thomas Pope | | |
|---|---|---|---|
| Debtor 2 | Jami R. Small-Pope | Case number *(if known)* | 2:16-bk-55800 |

**1.2** If you own or have more than one, list here:

404 Oak St
*Street address, if available, or other description*

Mount Vernon   OH   43050-0000
*City*   *State*   *ZIP Code*

Knox
*County*

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $53,000.00

**Current value of the portion you own?** $53,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Mortgagor / Owner in fee simple

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Subject to:
  Real Estate Taxes - Knox Co Treasurer ($900)
  1st Mtg - T Garrett Ressing ($160,000)
    blanket mortgage also securing
    1296 Apple Valley, Howard, OH
    257 Woodlawn Circle, Howard, OH
  Sales Tax Liens - Oh Dept of Taxation ($105,000)
All rights associated with the real property are retained.

**1.3** If you own or have more than one, list here:

1296 Apple Valley Dr
*Street address, if available, or other description*

Howard   OH   43028-0000
*City*   *State*   *ZIP Code*

Knox
*County*

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $53,000.00

**Current value of the portion you own?** $53,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Subject to:
  Real Estate Taxes - Knox County ($900)
  1st Mtg - T Garrett Ressing ($160,000)
    blanket mortgage also securing
    404 Oak St, Mt Vernon, OH
    257 Woodlawn Circle, Howard, OH
  Sales Tax Liens - Oh Dept of Taxation ($105,000)
All rights associated with the real property are retained.

Debtor 1  Matthew Thomas Pope
Debtor 2  Jami R. Small-Pope                            Case number *(if known)*  2:16-bk-55800

**1.4** If you own or have more than one, list here:

257 Woodlawn Circle
*Street address, if available, or other description*

Howard         OH         43028-0000
*City*         *State*    *ZIP Code*

Knox
*County*

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Subject to:
  Real estate taxes ($850)
  1st Mtg - T Garrett Ressing ($160,000)
    blanket mortgage also securing
    404 Oak St, Mt Vernon, OH
    1296 Apple Valley, Howard, OH
  Sales Tax Liens - Oh Dept of Taxation ($105,000)
All rights associated with the real property are retained.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $52,000.00

**Current value of the portion you own?**  $52,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Mortgagor / Owner in fee simple

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   $509,000.00

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**  Make:  Ford
Model:  Edge
Year:  2011
Approximate mileage:  110,000
Other information:

Fair condition
  Secured by: Santander ($14,842.39)

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $9,216.00

**Current value of the portion you own?**  $9,216.00

---

Debtor 1  Matthew Thomas Pope
Debtor 2  Jami R. Small-Pope                                   Case number *(if known)* 2:16-bk-55800

| 3.2 | Make: | Ford | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | E350 Econoline Superduty Cargo | ■ Debtor 1 only | | |
| | Year: | 2006 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 238,000 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | Fair condition Used in operation of Debtor's business | ☐ Check if this is community property (see instructions) | $2,492.00 | $2,492.00 |

| 3.3 | Make: | Ford | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | Expedition | ■ Debtor 1 only | | |
| | Year: | 2015 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | Leased vehicle through Ford Motor Credit | ☐ Check if this is community property (see instructions) | Unknown | Unknown |

| 3.4 | Make: | Jeep | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | Liberty Ltd | ☐ Debtor 1 only | | |
| | Year: | 2004 | ■ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | Fair condition | ☐ Check if this is community property (see instructions) | $5,500.00 | $5,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**    $17,208.00

**Part 3:  Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Household goods & furnishings; no one item worth over $600 | $5,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Debtor 1 | Matthew Thomas Pope | | |
|---|---|---|---|
| Debtor 2 | Jami R. Small-Pope | Case number *(if known)* | 2:16-bk-55800 |

| 3 televisions, cellular telephone, and tablet | $400.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| .38 pistol | $150.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Personal clothing | $300.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| 4 large dogs - household pets | $0.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| John Deere Tractor used to maintain residence (utility tractor) | $6,000.00 |
|---|---|
| Miscellaneous tools used to maintain rental properties | $500.00 |
| Debtor is Vendee in a Land Installment Contract for the purchase of real estate located 303-303 1/2 North Street, Danville, Ohio  Subject to:   Land Installment Contract ($46,600)   Real Estate Taxes owed to Vendor ($820) | $49,000.00 |

| Debtor 1 | Matthew Thomas Pope | | |
|---|---|---|---|
| Debtor 2 | Jami R. Small-Pope | Case number *(if known)* | 2:16-bk-55800 |

| Debtor is Vendee in a Land Installment Contract for the purchase of the following real estate:<br>  105 Mickley St, Danville, OH<br>  411 Market St, Danville, OH<br>  304 E Ross St, Danville, OH<br>  Subject to:<br>   Land Installment Contract ($136,200)<br>   Real Estate Taxes owed to Vendor ($2,555) | $133,000.00 |
|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................  $194,350.00

**Part 4:   Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.....................................................................................................................

    Cash   $10.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    | | | | Institution name: | |
    |---|---|---|---|---|
    | | 17.1. | Checking (4106) | First-Knox National Bank | $150.00 |
    | | 17.2. | Business Checking (0101) | First-Knox National Bank | $0.00 |
    | | 17.3. | Business Checking (2615) | First-Knox National Bank | $0.00 |
    | | 17.4. | Business Checking (2618) | First-Knox National Bank | $0.00 |
    | | 17.5. | Checking (0767) | PNC Bank | $400.00 |
    | | 17.6. | Savings (0775) | PNC Bank | $0.00 |
    | | 17.7. | Savings (0783) | PNC Bank | $145.00 |
    | | 17.8. | Business Checking | PNC Bank | $500.00 |

| Debtor 1 | Matthew Thomas Pope | | |
|---|---|---|---|
| Debtor 2 | Jami R. Small-Pope | Case number *(if known)* | 2:16-bk-55800 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | Armstrong Flooring Specialists, LLC  Domestic Limited Liability Company  Assets include:  Laptop computer ($100)  Forklift ($5,000)  Shelving Racks ($1,000)  Office furniture ($1,500)  Business holds no inventory for sales; floor samples only as provided by manufacturers | 100 | % | $7,600.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | IRA | Franklin Templeton Investments  401k rollover from employment with Selective Med | $2,652.63 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

| | | |
|---|---|---|
| Debtor 1 | Matthew Thomas Pope | |
| Debtor 2 | Jami R. Small-Pope | Case number *(if known)* 2:16-bk-55800 |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Minnesota Life | Jami Pope - spouse | $7,895.21 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................................** $19,352.84

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.

Official Form 106A/B                Schedule A/B: Property                page 8

Debtor 1    Matthew Thomas Pope
Debtor 2    Jami R. Small-Pope                                                                          Case number *(if known)*    2:16-bk-55800

☐ Yes. Go to line 38.

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $0.00

**Part 8:**  **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................................................................  $509,000.00
56. **Part 2: Total vehicles, line 5**                                              $17,208.00
57. **Part 3: Total personal and household items, line 15**                       $194,350.00
58. **Part 4: Total financial assets, line 36**                                    $19,352.84
59. **Part 5: Total business-related property, line 45**                              $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**                     $0.00
61. **Part 7: Total other property not listed, line 54**              +               $0.00

62. **Total personal property.** Add lines 56 through 61...          $230,910.84    Copy personal property total    $230,910.84

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                                   $739,910.84

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Matthew | Thomas | Pope |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jami | R. | Small-Pope |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number | 2:16-bk-55800 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 9626 Killduff Rd Gambier, OH 43022 Knox County<br>Subject to:<br>  1st mtg - First-Knox Natl Bank ($400,000)<br>  2nd mtg - First-Knox Natl Bank ($78,500)<br>  Sales Tax Liens - Oh Dept of Taxation ($105,000)<br>All rights associated with the real property are ret<br>Line from *Schedule A/B*: 1.1 | $351,000.00 | ■ $273,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(1) - Homestead |
| 2011 Ford Edge 110,000 miles<br>Fair condition<br>  Secured by: Santander ($14,842.39)<br>Line from *Schedule A/B*: 3.1 | $9,216.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(2) - Motor Vehicle |
| 2006 Ford E350 Econoline Superduty Cargo 238,000 miles<br>Fair condition<br>  Used in operation of Debtor's business<br>Line from *Schedule A/B*: 3.2 | $2,492.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(5) - Tools of trade |

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Thomas Pope | | |
| Debtor 2 | Jami R. Small-Pope | Case number (if known) | 2:16-bk-55800 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2006 Ford E350 Econoline Superduty Cargo 238,000 miles<br>Fair condition<br>  Used in operation of Debtor's business<br>Line from *Schedule A/B*: 3.2 | $2,492.00 | ■ $92.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| 2004 Jeep Liberty Ltd<br>Fair condition<br>Line from *Schedule A/B*: 3.4 | $5,500.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(2) - Motor Vehicle |
| 2004 Jeep Liberty Ltd<br>Fair condition<br>Line from *Schedule A/B*: 3.4 | $5,500.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| Household goods & furnishings; no one item worth over $600<br>Line from *Schedule A/B*: 6.1 | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| 3 televisions, cellular telephone, and tablet<br>Line from *Schedule A/B*: 7.1 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| .38 pistol<br>Line from *Schedule A/B*: 10.1 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| Personal clothing<br>Line from *Schedule A/B*: 11.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| John Deere Tractor<br>  used to maintain residence (utility tractor)<br>Line from *Schedule A/B*: 14.1 | $6,000.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| John Deere Tractor<br>  used to maintain residence (utility tractor)<br>Line from *Schedule A/B*: 14.1 | $6,000.00 | ■ $438.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| Miscellaneous tools used to maintain rental properties<br>Line from *Schedule A/B*: 14.2 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) - Clothing, household goods & furnishings |
| Cash<br>Line from *Schedule A/B*: 16.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Thomas Pope | | |
| Debtor 2 | Jami R. Small-Pope | Case number (if known) | 2:16-bk-55800 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking (4106): First-Knox National Bank<br>Line from *Schedule A/B*: 17.1 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| Checking (0767): PNC Bank<br>Line from *Schedule A/B*: 17.5 | $400.00 | ■ $325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) - Cash |
| Checking (0767): PNC Bank<br>Line from *Schedule A/B*: 17.5 | $400.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| Savings (0783): PNC Bank<br>Line from *Schedule A/B*: 17.7 | $145.00 | ■ $145.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| Business Checking: PNC Bank<br>Line from *Schedule A/B*: 17.8 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) - Wildcard |
| IRA: Franklin Templeton Investments 401k rollover from employment with Selective Med<br>Line from *Schedule A/B*: 21.1 | $2,652.63 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(10)(c) - IRA, Roth IRA, Education IRA or 529 Plan |
| Minnesota Life<br>Beneficiary: Jami Pope - spouse<br>Line from *Schedule A/B*: 31.1 | $7,895.21 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10 - Life Insurance proceeds; annuity contracts |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: Matthew Thomas Pope

Debtor 2: Jami R. Small-Pope
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number: 2:16-bk-55800
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | President | Homemaker |
| Employer's name | Armstrong Flooring Specialists, LLC | |
| Employer's address | 601 Pittsburgh Ave  Ste E<br>Mount Vernon, OH 43050 | |
| How long employed there? | 2005 to present | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Official Form 106I                                    **Schedule I: Your Income**                                         page 1

Debtor 1  Matthew Thomas Pope
Debtor 2  Jami R. Small-Pope                                    Case number (*if known*) 2:16-bk-55800

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**
   - 5a. **Tax, Medicare, and Social Security deductions** — 5a. $ 0.00 / $ 0.00
   - 5b. **Mandatory contributions for retirement plans** — 5b. $ 0.00 / $ 0.00
   - 5c. **Voluntary contributions for retirement plans** — 5c. $ 0.00 / $ 0.00
   - 5d. **Required repayments of retirement fund loans** — 5d. $ 0.00 / $ 0.00
   - 5e. **Insurance** — 5e. $ 0.00 / $ 0.00
   - 5f. **Domestic support obligations** — 5f. $ 0.00 / $ 0.00
   - 5g. **Union dues** — 5g. $ 0.00 / $ 0.00
   - 5h. **Other deductions.** Specify: _____ — 5h.+ $ 0.00 + $ 0.00

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ 0.00 / $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ 0.00 / $ 0.00

8. **List all other income regularly received:**
   - 8a. **Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. — 8a. $ 11,662.41 / $ 0.00
   - 8b. **Interest and dividends** — 8b. $ 0.00 / $ 0.00
   - 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. — 8c. $ 0.00 / $ 0.00
   - 8d. **Unemployment compensation** — 8d. $ 0.00 / $ 0.00
   - 8e. **Social Security** — 8e. $ 0.00 / $ 0.00
   - 8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____ — 8f. $ 0.00 / $ 0.00
   - 8g. **Pension or retirement income** — 8g. $ 0.00 / $ 0.00
   - 8h. **Other monthly income.** Specify: _____ — 8h.+ $ 0.00 + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ 11,662.41 / $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ 11,662.41 + $ 0.00 = $ 11,662.41
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 11,662.41
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                                **Schedule I: Your Income**                                page 2

In re  **Matthew Thomas Pope,**                                                   Case No.      16-55800
       **Jami R. Small-Pope,**                                                                        ,
                                           Debtors

# SCHEDULE I: YOUR INCOME
## Continued

**Monthly Income and Expense Projection for Armstrong Flooring Specialists, LLC**

| | |
|---|---:|
| Cost of Goods Sold | $ 9,351.59 |
| Advertising | $ 15.83 |
| Transportation / Vehicle Maintenance | $ 504.88 |
| Insurance | $ 284.35 |
| Legal & Professional Services | $ 119.67 |
| Office Expenses / Utilities / Telephone | $ 1,318.54 |
| Warehouse Rent / Maintenance | $ 980.83 |
| Equipment Repairs / Maintenance | $ 11.03 |
| Contract Labor | $ 6,095.08 |
| Merchant Fees / Bank Fees | $ 286.03 |
| Dues / Subscriptions | $ 347.29 |
| Equipment / Small Tools | $ 30.00 |
| Sales Taxes | $ 654.61 |
| Income Taxes | $ 584.27 |
| **TOTAL** | **$ 20,584.00** |

Gross Projected Monthly Income:           $31,500.00
Projected Monthly Operating Expenses:    -$20,584.00
                                          $10,916.00 Net Projected Monthly Income

**Monthly Income and Expense Projection for Pope Properties**
**303 North Street      303 ½ North Street**

| | |
|---|---|
| Land Contract Payment | $ 268.41 |
| Bank Service Fees | $ 5.18 |
| Office Supplies | $ 4.05 |
| Professional Fees | $ 10.78 |
| Insurance | $ 138.38 |
| Real Estate Taxes | $ 64.77 |
| Repairs & Maintenance | $ 106.07 |
| Transportation | $ 51.26 |
| Income Taxes | $ 20.10 |
| **TOTAL** | **$ 669.00** |

Gross Projected Monthly Income:        $800.00
    303 North Street     ($350)
    303 ½ North Street ($450)
Projected Monthly Operating Expenses:   -$669.00
                                         $131.00 Net Projected Monthly Income

**105 Mickley Street    411 Market Street    304 East Ross Street**

| | |
|---|---|
| Land Contract Payment | $ 805.23 |
| Bank Service Fees | $ 5.18 |
| Office Supplies | $ 10.80 |
| Professional Fees | $ 10.78 |
| Insurance – Mickley St | $ 93.92 |
| Insurance – Market St | $ 131.33 |
| Insurance – E Ross St | $ 101.50 |
| Real Estate Taxes – Mickley St | $ 71.61 |
| Real Estate Taxes – Market St | $ 63.32 |
| Real Estate Taxes – E Ross St | $ 64.99 |
| Repairs & Maintenance | $ 160.41 |
| Utilities | $ 165.32 |
| Transportation | $ 51.26 |
| Income Taxes | $ 25.94 |
| **TOTAL** | **$ 1,761.59** |

Gross Projected Monthly Income:        $2,144.00
    105 Mickley Street ($580.00)
    411 Market Street  ($864.00)
    304 E Ross Street  ($700.00)
Projected Monthly Operating Expenses:   -$1,761.59
                                         $ 382.41 Net Projected Monthly Income

**404 Oak Street**      **257 Woodlawn Circle**      **1296 Apple Valley Dr**

| | |
|---|---:|
| Mortgage Payment | $ 972.72 |
| Bank Service Fees | $ 5.18 |
| Office Supplies | $ 10.80 |
| Professional Fees | $ 10.78 |
| Insurance – Oak St | $ 93.92 |
| Insurance – Woodlawn Circle | $ 61.75 |
| Insurance – Apple Valley Dr | $ 61.75 |
| Real Estate Taxes – Oak St | $ 69.79 |
| Real Estate Taxes – Woodlawn Circle | $ 65.82 |
| Real Estate Taxes – Apple Valley Dr | $ 68.49 |
| Repairs & Maintenance | $ 199.91 |
| Transportation | $ 51.26 |
| Income Taxes | $ 44.83 |
| **TOTAL** | **$ 1,717.00** |

Gross Projected Monthly Income:     $1,950.00
    404 Oak Street         ($550.00)
    257 Woodlawn Circle ($750.00)
    1296 Apple Valley Dr ($650.00)
Projected Monthly Operating Expenses:     -$1,717.00
    $ 233.00 Net Projected Monthly Income

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Matthew Thomas Pope |
| Debtor 2 (Spouse, if filing) | Jami R. Small-Pope |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 2:16-bk-55800 |

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**
      ■ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 9 | ☐ No  ■ Yes |
   | Daughter | 10 | ☐ No  ■ Yes |
   | Daughter | 12 | ☐ No  ■ Yes |
   | Daughter | 17 | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   **If not included in line 4:**
   4a.  Real estate taxes                                              4a. $ 0.00
   4b.  Property, homeowner's, or renter's insurance                   4b. $ 0.00
   4c.  Home maintenance, repair, and upkeep expenses                  4c. $ 100.00
   4d.  Homeowner's association or condominium dues                    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

| | | | |
|---|---|---|---:|
| Debtor 1 | Matthew Thomas Pope | | |
| Debtor 2 | Jami R. Small-Pope | Case number (if known) | 2:16-bk-55800 |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 500.00
   - 6b. Water, sewer, garbage collection — 6b. $ 100.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 300.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 1,200.00
8. **Childcare and children's education costs** — 8. $ 200.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 200.00
10. **Personal care products and services** — 10. $ 200.00
11. **Medical and dental expenses** — 11. $ 751.41
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 300.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 200.00
    - 15b. Health insurance — 15b. $ 198.00
    - 15c. Vehicle insurance — 15c. $ 160.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: Vehicle rental — 17c. $ 393.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Pet Care — 21. +$ 50.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 4,852.41
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 4,852.41

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 11,662.41
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 4,852.41
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 6,810.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.    Explain here: