**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:    Matthew Thomas Pope,    :    Case No.    16-55800
       Jami R. Small-Pope,

          :    Chapter 13

          :    Judge    Charles M. Caldwell

    Debtor(s)

# CHAPTER 13 PLAN

**NOTE**: The term "Debtor" as used throughout this Plan shall reference either a single debtor or joint debtors. The term "Plan" shall refer to the plan filed in this case, as it may be amended, using the mandatory form plan adopted in this Division. All references to section (§) numbers are to sections of the United States Bankruptcy Code, 11 U.S.C. section § 101, et seq. The term "BR" shall refer to the Federal Rules of Bankruptcy Procedure. The term "LBR" shall refer to the Local Bankruptcy Rules of the Southern District of Ohio.

☒ Amended Plan

All pre-confirmation amendments to an original Mandatory Form Plan shall be accomplished by filing a complete Plan with the changes highlighted or reflected in bold or italic typeface.

| | | |
|---|---|---|
| ☒ Above Median Income<br>☐ Below Median Income | Insolvent unless otherwise marked below:<br>☐ Solvent Estate | Dividend to unsecured creditors:<br>       3.00 % |

Debtor claims to be eligible for discharge under § 1328(f) unless otherwise marked below:
  ☐ Debtor is not eligible for discharge under § 1328(f)
  ☐ Joint Debtor is not eligible for discharge under § 1328(f)

Debtor
  (1) filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on    September 6, 2016
  **OR**
  (2) converted this case to a case under Chapter 13 on _____ ("Petition Date").

A.   PAYMENTS

   A(1).   Plan Payments.

   The future earnings of Debtor are submitted to the supervision and control of the Trustee. Debtor shall pay the Trustee the sum of $ [4,750.00 per month for 3 months; then $6,250.00 for the next 2 months, then $5,800.00 per month for the remainder of the Plan] per month (enter all step-payments), for a period not to exceed sixty months. Debtor shall commence payments within thirty days of the Petition Date, and distributions shall begin upon confirmation pursuant to § 1326(a). The effective date of the Plan shall be the date of entry of an order confirming the Plan.

   From the payments so received, the Trustee shall make disbursements, subject to the Trustee's fee. The disbursement schedule is dependent upon receipt of regular monthly Plan payments. Any increases to monthly mortgage or escrow payments without corresponding changes to the Plan payment may impact the disbursement schedule. The Trustee has the discretion to calculate the amount and timing of distributions as is administratively efficient.

   A(2).   Pre-Confirmation Adequate Protection Payments/Lease Payments.

   The following pre-confirmation adequate protection payments on claims secured by personal property and pre-confirmation lease payments for leases of personal property shall be paid by the Trustee, subject to his full fees, to the creditors listed below. Except as provided by § 501(c), secured creditors must file a proof of claim to receive payment. Unless otherwise ordered by the Court, these payments will be retained by the Trustee until confirmation and distributed after confirmation. If the case is dismissed or converted prior to confirmation, the Trustee will distribute the retained payments, pro rata, based on the adequate protection payment amounts.

| Creditor | Property Description | Monthly Adequate Protection Payment |
|---|---|---|
| Santander Consumer USA | 2011 Ford Edge | $100.00 |
| Ford Motor Credit | 2015 Ford Expedition | $750.00 |

   A(3). Administrative Expenses, Attorney Fees, and § 1326 (b) Priority Payments.

   Administrative expenses, unitemized attorney fees, itemized attorney fees under LBR 2016-1(b)(2)(B), and priority payments as required by § 1326(b) shall be paid concurrently with Class 2 claims. The total unitemized attorney fee for services (not to exceed the amount set forth in LBR 2016-1(b)(2)(A)), or the estimated itemized fee under LBR 2016-1(b)(2)(B) is $ 3,500.00 .

Debtor's attorney received $ 2,000.00  prior to the Petition Date. The Trustee

shall disburse a minimum monthly amount of $ 600.00  to Debtor's attorney until the balance of

**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

$ __1,500.00__ is paid in full. Fees for independent appraisals of real estate and utility deposits will be paid as administrative expenses pursuant to § 503 upon the timely filing of a proof of claim. The Trustee may pay in one lump sum any administrative claim that is less than $500.00.

B.  **CLASS 1—CLAIMS SECURED BY REAL PROPERTY**

Except as set forth in section B(3), all secured creditors secured only by a security interest in real property shall retain their liens until the later of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law.

### B(1).  Mortgage Payments Outside the Plan.

Regular monthly payments on the following mortgage claims will be paid directly by Debtor, if direct payments are permitted by LBR 3015-1(d)(1):

| Creditor | Property Address |
| --- | --- |
| T. Garrett Ressing | 404 Oak St, Mt. Vernon, Ohio |
|  | 257 Woodlawn Circle, Howard, Ohio |
|  | 1296 Apple Valley Drive, Howard, Ohio |

### B(2).  Conduit Mortgage Payments.

Regular mortgage payments on the following mortgage claims will be paid on a conduit basis by the Trustee, subject to his full fees, beginning with the first calendar month after the Petition Date, if conduit payments are required by LBR 3015-1(d)(1) or proposed by Debtor. Confirmation of the Plan shall impose an affirmative duty and legal obligation on the holders and/or servicers of mortgage claims to do all of the following, unless the case is dismissed or converted:

(a)  Apply the post-petition conduit mortgage payments as post-petition monthly payments of principal and interest on the mortgage note, and, if applicable, as post-petition monthly payments of escrowed items such as insurance and/or real estate taxes. If such payments are placed into a suspense, forbearance or similar account, they will be deemed to have been applied pursuant to this subsection.

(b)  Apply the payments received from the Trustee for payment on the arrearage, if any, only to such arrearage. The arrearage shall be deemed paid in full upon the entry of the discharge order in this case, unless otherwise ordered by the Court

(c)  Deem the pre-petition arrearage contractually current upon confirmation of the Plan so as to preclude the imposition of late payment charges or other default-related fees and services.

(d)  File and serve a Notice of Mortgage Payment Change on Official Form 10S1, within the deadline and in compliance with the service requirements set forth in BR 3002.1(b), to reflect any changes in the monthly mortgage payments or escrow amounts that occur during the term of the Plan. Upon the filing of a Notice of Mortgage Payment Change, the Plan shall be deemed modified to permit the Trustee to disburse the amended payment amount.

| Creditor | Property Address | Monthly Conduit Mortgage Payment |
| --- | --- | --- |
| First-Knox National Bank (1st mortgage) | 9626 Killduff Rd Gambier, Ohio | $2,965.39 |

Page 4 of 14

**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

**B(3).    Liens and/or Mortgages to be Paid as Unsecured Claims.**

The following claims secured by a lien and/or mortgage will be paid as unsecured claims concurrent with Class 5 general unsecured claims. Debtor shall file a separate motion or adversary proceeding to determine: (i) whether the property listed below vests free and clear of the lien(s) and/or mortgage(s) pursuant to § 1327 or (ii) whether the lien(s) and/or mortgage(s) listed below may be avoided pursuant to other applicable provisions of the Bankruptcy Code. Notwithstanding § 1327(a), confirmation of the Plan shall not be dispositive of: (i) the valuation of the collateral or (ii) the secured status of the claims. Debtor has standing and authority to file the motion or adversary proceeding; to the extent that the Trustee has standing to bring such action, standing is hereby assigned to Debtor.

| Creditor | Property Address |
|---|---|
| First-Knox National Bank (2nd mortgage) | 9626 Killduff Rd Gambier, Ohio |

**B(4).    Liens and/or Mortgages Which May Be Modified.**

Liens and/or mortgage claims listed in this subsection consist of any claims secured by real property *that is not the Debtor's principal residence* or secured by other assets in addition to the residence. To the extent the claim of the lien holder and/or the mortgage claim holder is in excess of the value of the estate's interest in the collateral, the balance shall be treated as a Class 5 general unsecured claim. Unless otherwise stipulated or determined by order of the Court, the real property shall be valued for purposes of § 506 as set forth by Debtor below.

| Creditor | Property Address | Value of Collateral | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|
|  |  |  |  |  |

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

**B(5).   Real Property to be Surrendered.**

(a)   Debtor will surrender the following real property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim.

| Creditor | Property Address |
|---|---|
|  |  |

(b)   The Trustee shall not pay any claims secured by this real property until a timely filed secured proof of claim is amended to set forth the unsecured deficiency balance after disposition of the real property.  Such amendments shall be filed no later than 365 days after confirmation of the Plan; amendments filed after that date shall be deemed disallowed and subject to discharge under § 1328 unless otherwise ordered by the Court.  The Trustee will make no distributions in respect of mortgage payments, mortgage arrearages, or real estate taxes on surrendered real property, unless otherwise provided in the Plan or by order of the Court.

(c)   Upon confirmation of the Plan, the automatic stay of § 362 shall be deemed modified to allow *in rem disposition* of the real property as necessary to effect the surrender.

NOTE: If, at any time after confirmation, sufficient funds are not available to make a full monthly payment on all Class 1 claims, at the Trustee's discretion, the available funds will be distributed pro rata on Class 1 claims.  Any post-petition mortgage arrearages will be paid prior to payment of Class 2 claims.

**C.   CLASS 2—CLAIMS SECURED BY PERSONAL PROPERTY; UNEXPIRED LEASES**

**C(1).   Lien Retention and Interest.**

All secured creditors secured only by a security interest in personal property shall retain their liens until the earlier of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law.  Unless otherwise stipulated or provided for below, secured creditors shall be paid interest at the rate of __4.00__ %.

**C(2).   To Be Paid in Full (i.e., § 506 Does Not Apply).**

The Trustee shall pay the following claims in full:

| Creditor | Property Description | Purchase Date | Estimated Claim Amount | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
| Santander Consumer USA | 2011 Ford Edge | 8/2015 | $16,000.00 | 4.00% | $100.00 |

**C(3).  Claims to Which § 506 Applies.**

Claims listed in this subsection consist of any claims secured by personal property not described above.  To the extent a secured creditor's claim is in excess of the collateral value, the balance shall be treated as a Class 5 general unsecured claim.  Unless otherwise stipulated or determined by order of the Court, the personal property shall be valued for purposes of § 506 at the lower of the creditor's valuation set forth on its proof of claim or the valuation set forth by Debtor below:

| Creditor | Property Description | Purchase Date | Value of Collateral | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**C(4).  Personal Property to be Surrendered**

Debtor will surrender the following property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description |
|---|---|
|  |  |

**C(5).  Executory Contracts and Vehicle Leases.**

(a)  Debtor rejects the following executory contract(s) and/or vehicle lease(s) and any resulting claim shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description |
|---|---|
|  |  |

(b)  Debtor assumes the executory contract(s) and/or vehicle lease(s) listed below The Trustee shall pay vehicle lease payments unless otherwise ordered by the Court. Debtor shall pay all other lease or executory contract payments unless otherwise specified below. All payments under this section will begin the first calendar month following the Petition Date.

| Creditor | Property Description | Termination Date | Monthly Payment Amount To be Paid Directly by Debtor | Monthly Payment Amount To be Paid by Trustee |
|---|---|---|---|---|
| Ford Motor Credit | 2015 Ford Expedition | 12/2016 |  | $750.00 |
| Stuller Enterprises | 303-303 1/2 North St Danville, Ohio | undetermined | $268.41 |  |

| Name | Address | Date | Amount | |
|---|---|---|---|---|
| Stuller Enterprises | 105 Mickley St Danville, Ohio 411 Market St Danville, Ohio 304 E Ross St Danville, Ohio | 9/6/2017 | $805.23 | |
| Elizabeth Purnell | 257 Woodlawn Cir Howard, Ohio | 8/10/2017 | n/a | n/a |
| Harley Ring | 303 North St Danville, Ohio | monthly | n/a | n/a |
| Jay & Patricia Landon | 1296 Apple Valley Howard, Ohio | 12/3/2016 | n/a | n/a |
| Jerrod Todd Wilcox | 404 Oak St Mt Vernon, Ohio | monthly | n/a | n/a |
| Lisa Wantland | 411 S Market St Danville, Ohio | monthly | n/a | n/a |
| Rebecca LaPoint | 304 E Ross St Davnille, Ohio | 8/1/2017 | n/a | n/a |
| Trina Johnson | 303 1/2 North St Danville, Ohio | montly | n/a | n/a |

**NOTE**: If at any time after confirmation sufficient funds are not available to make a full monthly payment on all Class 2 claims, at the Trustee's discretion, the available funds will be paid pro rata on Class 2 claims and administrative expense claims.

**D.    CLASS 3—PRIORITY CLAIMS AND DOMESTIC SUPPORT OBLIGATIONS**

   **D(1).  Priority Claims.**

   Class 3 claims will be paid pro rata and concurrently with Class 4 claims.  All allowed claims entitled to priority under § 507(a) shall be paid in full unless: (i) otherwise provided for in § 1322(a), or (ii) the holder of a particular claim agrees to a different treatment of its claim.  Any and all pre-petition penalties, and post-petition penalties and interest, that have accrued or will accrue on any such claims shall be treated as Class 5 general unsecured claims and shall not be entitled to priority.

   **D(2).  Domestic Support Obligations.**

   (a)   Domestic support obligations (DSOs) are defined in § 101(14A).  Debtor shall pay all post-petition DSOs directly to the DSO creditor and not through the Trustee.  Upon completion of the Plan, Debtor shall certify to the Court that all payments on post-petition DSOs have been made.  If Debtor becomes subject to a DSO during the term of the Plan, Debtor shall file with the Court and serve on the Trustee a notice reflecting the nature of the DSO, and the name and address of the DSO creditor.

Pre-petition arrearages on DSOs shall be paid as follows:

| Name of DSO Creditor | Name & Address of CSEA | Estimated Arrearage Amount, if any, to be Paid Directly by Debtor | Estimated Arrearage Amount, if any, to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

   (b)   Name of governmental unit to which a DSO has been assigned, or is owed, or is recoverable by, and the estimated amount of the DSO:

| Creditor | Governmental Unit | Estimated DSO Amount | To be Paid Directly by Debtor | To be Paid by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

### E. CLASS 4—SECURED CLAIMS NOT OTHERWISE DESIGNATED

#### E(1). Payment of Class 4 Claims.

Class 4 claims including itemized post-confirmation attorney fees per LBR 2016-1(c), pre-petition mortgage arrearages, pre-petition and post-petition lease arrearages, real estate taxes and other secured claims not otherwise designated shall be paid pro rata, concurrently and in full with Class 3 claims.

**NOTE**: No interest shall be paid on any pre-petition mortgage arrearages as part of the cure of the default if the mortgage was executed after October 22, 1994.

#### E(2). Pre-Petition Arrearages on Real Estate Mortgage(s).

The Trustee shall distribute payments to cure the following pre-petition mortgage arrearages:

| Creditor | Property Address | Estimated Arrearage Amount |
|---|---|---|
| First-Knox National Bank | 9626 Killduff Road Gambier, Ohio | $40,192.56 |

#### E(3). Arrearages on Assumed Leases and Executory Contracts.

The Trustee shall distribute payments to cure the following arrearages on assumed leases and/or executory contracts:

| Creditor | Property Address/Description | Estimated Arrearage Amount |
|---|---|---|
|  |  |  |

### F. CLASS 5—GENERAL UNSECURED CLAIMS

#### F(1). Unsecured Dividend.

After payment of allowed claims in Classes 1, 2, 3 and 4, allowed general unsecured claims shall be paid a dividend as provided on page one of the Plan.

Notwithstanding the expiration of the claims bar date, the Trustee is authorized to modify the Plan post-confirmation to ensure that plan length meets the "applicable commitment period" provided by § 1325(b) by filing a motion with the Court.

#### F(2). Solvency.

If this is a solvent estate, all general unsecured claims shall be paid in full with interest at ___3.00___ %, unless otherwise provided.

**G. MISCELLANEOUS PROVISIONS**

**G(1). Co-Debtor Claims not Otherwise Provided for in the Plan.**

(a) The following co-debtor claims will be paid in full by the Trustee concurrently with Class 4 claims to protect the co-debtor:

| Creditor | To be Paid in Full with Interest at Rate Specified Below | Minimum Monthly Payment, if Applicable |
|---|---|---|
|  |  |  |

(b) The following co-debtor claims will be paid as follows:

| Creditor | To be Paid by Co-Debtor Outside the Plan | To be Paid Same Dividend as General Unsecured Claims |
|---|---|---|
|  |  |  |

**G(2). Sale of Property.**

Debtor proposes to sell the real or personal property described below following Trustee and/or Court approval as required by LBR 6004-1(c)–(d). Debtor shall commit the net proceeds as follows:

| Property Address/ Description | Date by Which Sale Shall be Completed | Estimated Net Proceeds | Disposition of Net Proceeds |
|---|---|---|---|
| 105 Mickley Street Danville, Ohio 411 Market Street Danville, Ohio 304 E Ross Street Danville, Ohio | 9/6/2017 | $1.00 | Any remaining net proceeds after payment in full of the balance due on the land contract with Stuller Enterprises LLC shall be paid into the Chapter 13 Plan |

**G(3). Tax Returns.**

All required tax returns have been filed except as provided below:

| Tax Agency | Type of Tax | Tax Period | Date Return will be Filed |
|---|---|---|---|
|  |  |  |  |

**G(4). Vesting.**

Unless marked below, confirmation of the Plan vests all property of the estate in Debtor free and clear of any claim or interest of any creditor provided for by the Plan pursuant to § 1327(b) and (c).

☒ Property of the estate shall not vest in Debtor upon confirmation but shall remain property of the estate until the case is dismissed, converted, or a discharge is issued, whichever occurs first.

**G(5). Other Events.**

If any of the following occurs, Debtor shall fully and timely disclose the event to the Trustee and shall file any appropriate notice, application and/or motion with the Trustee and/or Court:

- Any change in marital status or child/spousal support payments;
- Any change in employment;
- Any change of address; and/or
- Any financial recovery to which Debtor becomes entitled for any reason, including without limitation, any personal injury claim, employment claim, workers' compensation claim, unemployment claim, inheritance, life insurance benefits, lottery proceeds or property settlement.

**G(6). Insurance Information.**

As of the Petition Date, Debtor's property is insured as follows:

| Property Address/ Description | Insurance Company | Policy Number | Full/Liability | Agent and Contact Information |
|---|---|---|---|---|
| 9626 Killduff Rd Gambier, Ohio | Pekin Insurance | TH0122697 | Full | Associated Ins (614) 882-2335 |
| 404 Oak St Mt Vernon, Ohio | Markel American Insurance Co | MDF0000019594 | Full | Associated Ins |
| 1296 Apple Valley Howard, Ohio | Markel American Insurance Co | MDF00000320773 | Full | Associated Ins |
| 257 Woodlawn Cr Howard, Ohio | Markel American Insurance Co | MDF00000320719 | Full | Associated Ins |
| 303-303 1/2 North Danville, Ohio | Grange Insurance | 4076794 | Full | Associated Ins |
| 105 Mickley St Danville, Ohio | Grange Insurance | 4076711 | Full | Associated Ins |
| 411 Market St Danville, Ohio | Markel American Insurance Co | MDF00000320210 | Full | Associated Ins |
| 304 E Ross St Danville, Ohio | Markel American Insurance Co | MDF00000319594 | Full | Asssociated Ins |

| | | | | |
|---|---|---|---|---|
| 2011 Ford Edge | Western Reserve Group | PACKWCA 3401864233 | Full | Associated Ins |
| 2006 Ford E350 Econoline Superduty Cargo | Western Reserve Group | PACKWCA 3401864233 | Full | Associated Ins |
| 2015 Ford Expedition | Western Reserve Group | PACKWCA 3401864233 | Full | Associated Ins |

**G(7). Casualty Loss Insurance Proceeds (Substitution of Collateral).**

If a motor vehicle is substantially damaged while subject to an unpaid secured claim, Debtor shall have the option, upon the filing of an appropriate motion, of using the proceeds of any insurance payable due to loss of the vehicle to: (i) repair the vehicle, (ii) pay off the balance of the secured claim if the secured creditor is a named loss payee on the policy, or (iii) substitute the collateral by purchasing a replacement vehicle. If Debtor purchases a replacement vehicle, the vehicle shall have a value not less than the balance of the unpaid secured claim, the lien of the creditor shall be transferred to the replacement vehicle, and the Trustee will continue to pay the allowed secured claim. Debtor may not purchase a replacement vehicle without Trustee and/or Court approval as required by LBR 4001-3(b)–(d).

**G(8). Post-Petition Debt.**

Debtor shall not incur any non-emergency consumer debt in excess of $1,000 without Trustee and/or Court approval. LBR 4001-3(b)–(d).

**H. SPECIAL PROVISIONS**

The Special Provisions listed below, if any, are restricted to those items applicable to Debtor's particular circumstances.

**NOTE**: Special Provisions shall **NOT** contain a restatement of provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules, nor shall this section contain boilerplate language regarding the treatment of mortgages, mortgage arrearages, proofs of claim, consumer protection provisions or the like. *See* General Order No. 7.

| **Special Provisions:** |
|---|
| 1. Debtor may elect to sell the real estate or personal property included herein during the pendency of the Plan, upon proper application and approval by the Court. |
| 2. Debtor shall make plan payments in the amount set forth in this Plan for no less than the applicable commitment period, but not to exceed 60 months. The dividend to be paid to unsecured creditors shall be no less than the dividend set forth on page one of the plan. |

**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

| | |
|---|---|
| 3. | The claim of the Ohio Department of Taxation secured by a tax lien will be paid as an unsecured, priority claim concurrent with Class 3 priority claims. Debtors shall file a separate motion to determine: (i) whether the properties listed below vest free and clear of the lien pursuant to §1327 or (ii) whether the lien listed below may be avoided pursuant to other applicable provisions of the Bankruptcy Code. Notwithstanding §1327(a), confirmation of the Plan shall not be dispositive of: (i) the valuation of the collateral or (ii) the secured status of the claim. Debtors have standing and authority to file the motion; to the extent that the Trustee has standing to bring such action, standing is hereby assigned to Debtors.<br> 9626 Killduff Road, Gambier, Ohio<br> 404 Oak Street, Mount Vernon, Ohio<br> 1296 Apple Valley Drive, Howard, Ohio<br> 257 Woodlawn Circle, Howard, Ohio |
| 4. | At such time as the vehicle lease payments to Ford Motor Credit cease, the Trustee shall disburse a minimum monthly amount of $1,350.00 to Debtors' attorney until the balance of unpaid pre-confirmation fees has been paid in full. |

The undersigned hereby certify(ies) that the Plan does not contain any alterations to the text of the Mandatory Form Plan, except as authorized by order of the Court.

| **Case Attorney:** |
|---|
| /s/ Crystal I. Zellar (#0038785) |
| /s/ Shelley E. Hibburt (#0091736) |
| /s/ Zellar & Zellar, Attorneys at Law, Inc. |
| /s/ 720 Market Street |
| /s/ Zanesville, Ohio 43701 |
| /s/ Telephone: (740) 452-8439 |
| /s/ Facsimile: (740) 450-8499 |
| /s/ email: mail@ZellarLaw.com |

Dated: February 27, 2017

| **Debtor** | **Joint Debtor** |
|---|---|
| /s/ Matthew Thomas Pope | /s/ Jami R. Small-Pope |

Dated: February 27, 2017          Dated: February 27, 2017

## NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **3rd Amended Chapter 13 Plan** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on **February 28, 2017** addressed to:

Matthew Pope and Jami Small-Pope
601 Pittsburgh Ave  Ste E
Mt Vernon  OH  43050

**See Creditor Matrix**
**All Creditors and Parties in Interest**

*as and for NOTICE* that the attached request for relief would be filed.  The undersigned will present to the Court a proposed order granting the relief sought, unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for hearing is filed with the Court and served on the undersigned.

    /s/ Crystal I. Zellar
Crystal I. Zellar  (#0038785)
Shelley E. Hibburt  (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:16-bk-55800<br>Southern District of Ohio<br>Columbus<br>Mon Feb 27 15:53:37 EST 2017 | ACS Inc<br>PO Box 7051<br>Utica NY 13504-7051 | Advanced Recovery Systems<br>PO Box 80766<br>Valley Forge PA 19484-0766 |
| American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998-1535 | American Health Network<br>1220 Yauger Rd<br>Mount Vernon OH 43050-9233 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City OK 731248838 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Aultman Hospital<br>2600 Sixth St SW<br>Canton OH 44710-1799 | Edward A Bailey<br>30455 Solon Road<br>Solon, OH 44139-3458 |
| CBCS<br>1225 N Main St<br>North Canton OH 44720-1959 | CBCS, Inc.<br>PO Box 2818<br>North Canton, OH 44720-0818 | Caledonia Financial Services LLC<br>Optimal Billing Solutions LLC<br>PO Box 189005<br>Plantation FL 33318-9005 |
| Canton Aultman ER Physicians<br>PO Box 76659<br>Cleveland OH 44101-6500 | Capital Bank NA<br>PO Box 539<br>Horsham PA 19044-0539 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Centralized Business Solutions Co<br>PO Box 2714<br>North Canton OH 44720-0714 | Child Radiologic Institute<br>PO Box 715267<br>Columbus OH 43271-5267 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 |
| Citi Cards<br>Correspondence<br>PO Box 6500<br>Sioux Falls SD 57117-6500 | Comenity Bank<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218-2125 | Credit Solutions LLC<br>2277 Thunderstick Dr #400<br>Lexington KY 40505-9002 |
| Critchfield Critchfield & Johnston LTD<br>10 S Gay St<br>PO Box 469<br>Mount Vernon OH 43050-0469 | Department of Primary Specialty<br>Knox Community Hospital<br>1330 Coshocton Rd<br>Mount Vernon OH 43050-1495 | DexMedia<br>2200 West Airfield Drive<br>P O Box 619810<br>DFW Airport, TX 75261-9810 |
| Educational Credit Management Corporation<br>Po Box 16408<br>Saint Paul MN 55116-0408 | (p)FIRST KNOX NATIONAL BANK<br>P O BOX 1270<br>MT VERNON OH 43050-1270 | Ford Motor Credit Co<br>National Bankruptcy Service Center<br>PO Box 6248<br>Dearborn MI 48121-6248 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | GE Capital<br>Attn: Bankruptcy Dept<br>PO Box 103106<br>Roswell GA 30076-9106 | Gary Craig<br>808 Beech Dr<br>Columbus OH 43235-1202 |

```
Gary L Craig and Lu Ann G Craig        Great Lakes Higher Education Corp      Internal Revenue Service
808 Beech DR                           2401 International Lane                 PO Box 7346
Columbus, OH 43235-1202                PO Box 7859                             Philadelphia PA 19101-7346
                                       Madison WI 53707-7859


JC Penney / Synchrony Bank             Timothy Edwin Jacob Keck                Knight Capital Funding
Attn Bankruptcy Dept                   6445 East Livingston Avenue             9 E Loockerman St  Ste 3A-543
PO Box 965060                          Reynoldsburg, OH 43068-3560             Dover DE 19901-8306
Orlando FL 32896-5060


Knight Capital Funding II, LLC         Knox Community Hospital                 Knox County Treasurer
1691 Michigan Avenue                   PO Box 1288                             117 E High St #103
Suite 230                              Mount Vernon OH 43050-1288              Mt Vernon OH 43050-3490
Miami Beach, FL 33139-2566


Knox County Treasurer                  Knox Emergency Services LLC             Knox Radiology
117 East High St  #103                 DVS                                     1330 Coshocton Ave
Mount Vernon OH 43050-3490             PO Box 3475                             Mount Vernon OH 43050-1440
                                       Toledo OH 43607-0475


Kohls                                  LG Funding LLC                          Mary L Pisciotta Esq
Customer Service                       1218 Union St                           280 N High St  #1010
PO Box 3043                            Brooklyn NY 11225-1512                  Columbus OH 43215-2553
Milwaukee WI 53201-3043


Meade & Associates Inc                 Merchants & Medical Credit Corp         Monica Furby
737 Enterprise Drive                   6324 Taylor Dr                          c/o Beth Furby
Westerville OH 43081                   Flint MI 48507-4685                     22120 Schenk Creek Rd
                                                                               Howard OH 43028-9613


(p)NATIONWIDE INSURANCE                Ohio Department of Taxation             Ohio Department of Taxation
SERVICE OF PROCESS TEAM                Attn:  Bankruptcy Division              Bankruptcy Division
THREE NATIONWIDE PLAZA                 PO Box 530                              P.O. Box 530
MAIL CODE 3-11-310                     Columbus OH 43216-0530                  Columbus, OH 43216-0530
COLUMBUS OH 43215-2410


Ohio Department of Taxation            Old Navy / Synchrony Bank               OneMain Financial
c/o Attorney General of Ohio           Attn Bankruptcy Dept                    Bankruptcy Dept
Collections Enforcement Section        PO Box 965060                           PO Box 6042
150 East Gay Street  21st Fl           Orlando FL 32896-5060                   Sioux Falls SD 57117-6042
Columbus OH 43215-3191


Patient Account Services               Pediatric Academic Association          Pediatric Center of Mt Vernon
200 South Park Rd  #450                PO Box 182976                           1451 Yauger Rd  Ste 1D
Hollywood FL 33021-8360                Columbus OH 43218-2976                  Mount Vernon OH 43050-8099


Frank M Pees                           Pekin Insurance Co                      Performant Recovery Inc
130 East Wilson Bridge Road            2505 Court St                           PO Box 9054
Suite 200                              Pekin IL 61558-0002                     Pleasanton CA 94566-9054
Worthington, OH 43085-2391
```

Matthew Thomas Pope
601 Pittsburgh Ave  Ste E
Mount Vernon, OH 43050-3933

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quest Diagnostics
Correspondence
1355 Mittel Blvd
Wood Dale IL 60191-1024


Republic Services
c/o Coast to Coast Financial
PO Box 2086
Thousand Oaks CA 91358-2086

Riverside Radiology & Interventional
PO Box 713815
Cincinnati OH 45271-3815

Santander Consumer USA
Attn: Bankruptcy Dept
PO Box 560284
Dallas TX 75356-0284


Santander Consumer USA Inc
PO Box 961245
Ft Worth TX 76161-0244

Jami R. Small-Pope
601 Pittsburgh Ave  Ste E
Mount Vernon, OH 43050-3933

Stuller Enterprises LLC
6971 Possum St
Mount Vernon OH 43050-9340


Stuller Enterprises LLC
6971 Possum St
Mt Vernon OH 43050-9340

Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965061
Orlando FL 32896-5061

T Garrett Ressing
PO Box 203
Gambier OH 43022-0203


Taylor AJ Moser
c/o Robert J Wagoner Esq
445 Hutchinson Ave  #100
Columbus OH 43235-8630

Terminix International
Focus Receivables Management
1130 Northchase Pk  #150
Marietta GA 30067-6429

Thomas F Haskins Jr Esq
430 White Pond Dr  #200
Akron OH 44320-1122


US Attorney
303 Marconi Blvd  #200
Columbus OH 43215-2326

US Attorney General
Main Justice Building  Room 5111
10th & Constitution Avenue NW
Washington DC 20530-0001

Verizon Wireless
455 Duke Dr
Franklin TN 37067-2701


Vince J Kloss Esq
Chester Law Group
430 White Pond Dr  #100
Akron OH 44320-1122

Walk In Clinic LLC
207 W High St
Mount Vernon OH 43050-2427

We Care Ambulance LLC
PO Box 535
Baldwinsville NY 13027-0535


Crystal I Zellar
Zellar & Zellar, Attorneys at Law, Inc.
720 Market St
Zanesville, OH 43701-3716


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Choice Recovery
1550 Old Henderson Rd  #100
Columbus OH 43220-3662

First Knox National Bank
A division of Park National Bank
Attn: Chief Financial Officer
1 South Main St
Mt Vernon OH 43050

(d)First-Knox National Bank
a division of Park National Bank
Attn: Chief Financial Officer
1 South Main St
Mount Vernon OH 43050

```
Ford Motor Credit Co                (d)Ford Motor Credit Company LLC      Nationwide Insurance Company
National Bankruptcy Service Center  P.O. Box 62180                        One Nationwide Plaza
PO Box 6275                         COLORADO SPRINGS, CO 80962            Columbus OH 43215
Dearborn MI 48121


Portfolio Recovery Associates LLC   (d)Portfolio Recovery Associates, LLC
140 Corporate Blvd                  POB 41067
Norfolk VA 23502                    Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Cab East  LLC                    (u)Ohio Department of Taxation        End of Label Matrix
                                                                          Mailable recipients   81
                                                                          Bypassed recipients    2
                                                                          Total                 83
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: : | |
| **Matthew Thomas Pope,** | |
| **Jami R. Small-Pope,**   : | Case No.  16-55800 |
| | Chapter 13 |
| Debtors.   : | Judge Caldwell |

## NOTICE OF FILING OF 3rd AMENDED CHAPTER 13 PLAN

Debtors have filed papers with the Court to amend the proposed Chapter 13 Plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by ordinary U.S. Mail to:  US Bankruptcy Court, Clerk's Office, 170 North High Street, Columbus, Ohio 43215, OR, your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) ordinary U.S. Mail to:
   US Trustee - ustpregion09.cb.ecf@usdoj.gov
   Chapter 13 Trustee - trustee@ch13.org
   Crystal I. Zellar, Esq. & Shelley E. Hibburt, Esq. - mail@zellarlaw.com
   Matthew Pope & Jami Small-Pope, 601 Pittsburgh Ave Ste E, Mt Vernon  OH  43050

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

Date:  February 28, 2017         /s/  Crystal I. Zellar  
                                 Crystal I. Zellar (#0038785)
                                 Shelley E. Hibburt  (#0091736)
                                 **Zellar & Zellar, Attorneys at Law, Inc.**
                                 720 Market Street
                                 Zanesville, Ohio  43701
                                 Telephone:  (740) 452-8439
                                 Facsimile:  (740) 450-8499
                                 mail@ZellarLaw.com
                                 Counsel for Debtors